No. 02–9343.  REGER v. PORTNOY.  Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–9354.  PENRY v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–9355.  POWELL v. ST. PAUL POLICE DEPARTMENT ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–9366.  WATTS v. MILLER, SUPERINTENDENT, EASTERN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–9370.  BOLDEN v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 02–9373.  BUHL v. LAPPIN, WARDEN, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 02–9374.  SCHWINDLER v. GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 02–9377.  TOWNSEND v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 02–9378.  TINMAN v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9380.  MCCULLOUGH v. PITCHER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–9383.  KENNEY v. BASKERVILLE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 02–9385.  CLARK v. BELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 02–9388.  NABELEK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–9390.  HILLS v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.